[No. 31835-4-III.   Division Three.   June 12, 2014.]

*In the Matter of the Marriage of* BARRY CRAIG EGGERT, *Appellant,* and KRISTY KAY EGGERT, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 05-3-01126-1, Michael P. Price, J., entered June 19, 2013. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Lawrence-Berrey, JJ.

[No. 68536-8-I.   Division One.   June 16, 2014.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY ARCHULETA JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 11-1-06987-3, Barbara A. Mack, J., entered February 24, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Schindler, J.

[No. 69147-3-I.   Division One.   June 16, 2014.]

THE STATE OF WASHINGTON, *Respondent,* v. PATRICK AUBLE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 11-1-07076-6, James D. Cayce, J., entered August 6, 2012. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Schindler and Dwyer, JJ.

[No. 69414-6-I.   Division One.   June 16, 2014.]

TOWARD RESPONSIBLE DEVELOPMENT, *Appellant,* v. THE CITY OF BLACK DIAMOND ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 11-2-44800-2, Patrick H. Oishi, J., entered September 24, 2012 and December 6, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Cox, J.